1034

[No. 33229-2-III.   Division Three.   August 13, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD ORMAND LEE, *Appellant*.

by unpublished opinion per Brown, A.C.J., concurred in by Lawrence-Berrey, J.; Korsmo, J., concurring separately.

[No. 67894-9-I.   Division One.   August 17, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. ALEXANDER ORTIZ-ABREGO, *Respondent*.

by unpublished opinion per Leach, J., concurred in by Becker and Appelwick, JJ.

[No. 71608-5-I.   Division One.   August 17, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. MOHAMED A. AHMED, *Appellant*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated January 25, 2016. Substitute opinion filed. See 192 Wn. App. 1025.

[No. 72012-1-I.   Division One.   August 17, 2015.]

REBECCA A. RUFIN, *Appellant*, v. THE CITY OF SEATTLE ET AL., *Respondents*.

by unpublished opinion per Trickey, J., concurred in by Dwyer and Leach, JJ.